NOTE: CHANGES MADE BY THE COURT

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ATZE AKKERMAN, EVELYN SCOGIN, DIANNA LOPER POSTHAUER, GARY SIMONE, RACHEL SMALL, and TONY BUONFIGLIO,<br><br>        Plaintiffs,<br><br>        v.<br><br>UNITED STATES OF AMERICA, U.S. FOOD AND DRUG ADMINISTRATION, and ROBERT M. CALIFF,<br><br>        Defendants. | No. 2:22−cv−06653 JLS (RAOx)<br><br>**ORDER GRANTING <u>IN PART</u> JOINT STIPULATION REGARDING BRIEFING DEADLINES, LENGTH FOR DEFENDANTS' MOTION TO DISMISS, HEARING DATE (Doc. 30)** |

    Having considered the Parties' Joint Stipulation Regarding Briefing Deadlines and Length for Defendants' Motion to Dismiss, and for good cause shown, briefing of Defendants' anticipated Motion to Dismiss shall proceed as follows:

| | |
|---|---|
| Defendants' Motion to Dismiss | **February 17, 2023** |
| Plaintiffs' Opposition | **March 17, 2023** |
| Defendants' Reply | **April 14, 2023** |

The Defendants may set the hearing date at the time of filing for an open date on the

Court's calendar, in accordance with the Court's procedures.

    The Court is not convinced that over-length briefs are warranted to the extent requested by the parties. Defendants' opening brief may contain up to 10,000 words and Plaintiffs' opposition brief may contain up to 10,000 words. Any reply should conform to the local rules.

**IT IS SO ORDERED:**

Dated: January 11, 2023

                                       HON. JOSEPHINE L. STATON
                                       UNITED STATES DISTRICT JUDGE