Peter A. Arhangelsky, Esq. (SBN 291325)
peter.arhangelsky@gtlaw.com
GREENBERG TRAURIG, LLP
2375 E. Camelback Road, Suite 800
Phoenix, AZ 85016
Tel: (602) 445-8017
*Attorney for Plaintiffs*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ATZE AKKERMAN, et al.<br><br>Plaintiff,<br><br>v.<br><br>U.S. FOOD AND DRUG ADMINISTRATION, et al.,<br><br>Defendant. | Case No. 2:22-cv-06653-JLS-RAO<br><br>**NOTICE OF CHANGE OF FIRM FOR PETER A. ARHANGELSKY** |

Peter A. Arhangelsky, attorney for Plaintiff Atze Akkerman, hereby notifies the Court and the parties that he has joined the law firm of Greenberg Traurig, LLP.

Mr. Arhangelsky's new contact information is as follows:

Peter A. Arhangelsky
GREENBERG TRAURIG, LLP
2375 E. Camelback Road, Suite 800
Phoenix, AZ 85016
Peter.Arhangelsky@gtlaw.com
(602) 445-8017 (tel)

DATED this 16th day of February 2024.

                              GREENBERG TRAURIG, LLP

                        By:  */s/ Peter A. Arhangelsky*
                             Peter A. Arhangelsky, Esq. (SBN 291325)
                             Greenberg Traurig, LLP
                             *Attorney for Plaintiffs*