# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ATZE AKKERMAN, EVELYN SCOGIN, DIANNA LOPER POSTHAUER, GARY SIMONE, RACHEL SMALL, TONY BUONFIGLIO, and DR. TOBY WATSON, Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA, U.S. FOOD AND DRUG ADMINISTRATION, and ROBERT M. CALIFF, Defendants. | No. 2:22-cv-06653-JLS (RAOx)<br><br>**JUDGMENT** |

IT IS HEREBY ORDERED, ADJUDICATED, AND DECREED that judgment is entered with prejudice on all causes of action in favor of Defendants United States of America, U.S. Food and Drug Administration, and Robert M. Califf. Each side shall bear its own costs.

DATED: April 30, 2024

_____
HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE

1